# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL REFUJIO ANDRADE,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 1:18-cv-01209-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>TEN DAY DEADLINE |

Plaintiff filed this action in the California Superior Court of Stanislaus County on July 20, 2018. (ECF No. 2-1.) On September 5, 2018, Defendant removed this action to the Eastern District of California. (ECF No. 2.) Defendant has not filed a pleading responsive to the complaint. Accordingly, Defendant shall file a responsive pleading within ten (10) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**October 3, 2018**__

UNITED STATES MAGISTRATE JUDGE

1