UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL REFUJIO ANDRADE,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 30, inclusive,<br><br>Defendants. | No. 1:18-cv-01209-DAD-SAB<br><br>ORDER REMANDING ACTION TO THE STANISLAUS COUNTY SUPERIOR COURT OF CALIFORNIA,<br><br>(Doc. No. 15) |

On October 16, 2018, the parties stipulated to remand of this action to the Stanislaus County Superior Court. (Doc. No. 15.) Accordingly, and pursuant to the parties' stipulation, this action is remanded and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __October 18, 2018__  
_____  
UNITED STATES DISTRICT JUDGE

1